Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
PAUL EDWARD EGNATOFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL EDWARD EGNATOFF<br><br>Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security.<br><br>Defendant. | Case No.: 2:15-cv-05920-AFM<br><br>~~[PROPOSED]~~ ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include February 4, 2016, in which to file Plaintiff's memorandum in support of complaint; and that all other deadlines set forth in the August 7, 2015 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

DATE 1/22/2016

ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/Monica Perales

BY: ____________________________
Monica Perales
Attorney for plaintiff