EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Tel.: (415) 977-8958
    Facsimile:  (415) 744-0134
    Email:  urmila.taylor@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL E. EGNATOFF,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-CV-05920-JFW-AFM<br><br>**[PROPOSED]**<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the matter is remanded for further administrative proceedings consistent with the Remand Order filed concurrently herewith.

DATED: 2/29/2016

*/s/ Alexander F. MacKinnon*
_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE